# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| PROPERTY DISCLOSURE TECHNOLOGIES LLC, § § § *Plaintiff*, § § v. § § BETTER HOMES AND GARDENS REAL § ESTATE LLC AND WINANS, INC., § § *Defendants*. § | | Civil Action No. 6:14-cv-00013-JDL **LEAD CASE** |
| PROPERTY DISCLOSURE TECHNOLOGIES LLC, § § § *Plaintiff*, § § v. § § KELLER WILLIAMS REALTY, INC., § § *Defendant*. § | | Civil Action No. 6:14-cv-00019-JDL **CONSOLIDATED** |

**ORDER GRANTING STIPULATED MOTION FOR DISMISSAL**

The Stipulated Motion for Dismissal of all claims and counterclaims asserted by Plaintiff Property Disclosure Technologies LLC and Defendant Keller Williams Realty, Inc., filed subject to the terms of the Agreement between the parties dated August 20, 2014, is **GRANTED**.

It is therefore ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims asserted in this suit by Plaintiff Property Disclosure Technologies LLC and Defendant Keller Williams Realty, Inc. are hereby **DISMISSED WITH PREJUDICE.**

It is further ORDERED that all costs, expenses, and attorneys' fees are to be borne by the party that incurred them.

So ORDERED and SIGNED this 26th day of August, 2014.

_____
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE